UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 6:14-cr-00025-GFVT-HAI-7 <br> v. ) <br> ) **MEMORANDUM OPINION** <br> DONNA LOVELL, ) **&** <br> ) **ORDER** <br> Defendant. ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram. [R. 1203.] The recommendation instructed the parties to file any particularized written objections within fourteen days from the date of service, or else waive the right to further review. *Id.* at 5. Neither party objected and the time to do so has passed. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Judge Ingram's Recommended Disposition **[R. 1203]** is **ADOPTED** as and for the Opinion of the Court.

2. The Government's oral motion to dismiss the single charged violation is **GRANTED**.

This 29th day of January, 2026.

Gregory F. Van Tatenhove
United States District Judge